KATHERINE S. CHRISTOVICH (CSB No. 178397)
LEILA B. AZARI (CSB No. 262443)
lazari@wga.org
WRITERS GUILD OF AMERICA, WEST, INC.
7000 West Third Street
Los Angeles, CA 90048
Telephone:  (323) 782-4521
Facsimile:   (323) 782-4806

JS-6

Attorneys for Plaintiff Writers Guild of America, West, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DISTRICT

| | |
|---|---|
| WRITERS GUILD OF AMERICA, WEST, INC., a California corporation,<br><br>Plaintiff;<br><br>vs.<br><br>EARTHBOUND FILMS, LLC and DOES 1-10<br><br>Defendants. | CASE NO. 2:15-CV-4678 R (PJWx)<br><br>Honorable Manuel L. Real<br><br>ORDER DISMISSING PLAINTIFF'S COMPLAINT TO CONFIRM ARBITRATION AWARD WITHOUT PREJUDICE<br><br>Date:        None<br>Time:        None<br>Courtroom:  8 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court hereby ORDERS that the above-captioned Case No. 2:15-CV-4678 R (PJWx) is dismissed without prejudice against Defendants Earthbound Films, LLC and Does 1-10.

**IT IS SO ORDERED.**

Dated: December 7, 2015

_____
Hon. Manuel L. Real
United States District Court Judge

1